**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| REDWOOD TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | LEAD CASE: CIVIL ACTION NO.  2:23-CV-00135-JRG |
| TEXAS INSTRUMENTS INCORPORATED, | § § § § | |
| *Defendants.* | § § § § | MEMBER CASE: CIVIL ACTION NO.  2:23-CV-00136-JRG |

Before the Court is the Stipulated Motion for Dismissal Without Prejudice of the Asserted Patents (the "Stipulation") filed by Plaintiff Redwood Technologies, LLC and Defendant Texas Instruments Incorporated (collectively, the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 31.) In the Stipulation, the Parties dismiss, without prejudice, all of Plaintiff's claims in the above captioned cases for infringement of U.S. Patent Nos. 7,359,457, 7,688,901, 7,974,371, 8,284,866, 9,374,209, 7,460,485, 7,664,130, 7,917,102, and 7,983,140 (the "Asserted Patents"). (*Id.* at 1.) In the Stipulation, the Parties also dismiss, without prejudice, Defendant's counterclaims and affirmative defenses related to the Asserted Patents. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in case numbers 2:23-cv-135 and 2:23-cv-136 are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain.

**So ORDERED and SIGNED this 2nd day of October, 2023.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE